UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

United States of America,

    Plaintiff,

v.                                Criminal Case No. 17-20469

Jason Manning and Gregory Hendon,
                                    Sean F. Cox
    Defendants.           United States District Court Judge

_____/

## ORDER

Today, the Court continued the evidentiary hearing on Defendants' Motion to Suppress (Doc. # 55). At the close of the proofs, counsel for Defendant Hendon made an unopposed request for the Court to allow supplemental briefing before reaching its decision.

The parties must submit any supplemental briefs to the Court by **Friday, June 15, 2018**.

**IT IS SO ORDERED**.

                                       s/Sean F. Cox
                                       Sean F. Cox
                                       United States District Judge

Dated: May 29, 2018

I hereby certify that a copy of the foregoing document was served upon counsel of record on May 29, 2018, by electronic and/or ordinary mail.

                                       s/Jennifer McCoy
                                       Case Manager